Submitted December 5, 2008, reversed February 25, 2009

In the Matter of K. M. M.,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

K. M. M.,
*Appellant.*

Lane County Circuit Court
300606737; A132055

203 P3d 258

James A. Palmer filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Anna M. Joyce, Assistant Attorney General, filed the brief for respondent.

Before Landau, Presiding Judge, and Schuman, Judge, and Ortega, Judge.

PER CURIAM

## PER CURIAM

In this mental commitment case, appellant contends that the record does not contain clear and convincing evidence that she is a danger to herself because of a mental disorder. The state concedes the insufficiency of the evidence. On *de novo* review, we agree that there is insufficient evidence to support the involuntary commitment.

Reversed.